AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENTHAL, LEE H. | U.S.D.C.-S.D.TX | 08/12/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

515 RUSK
ROOM 11535
HOUSTON, TEXAS 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF TRUSTEES | THE KINKAID SCHOOL |
| 2. MEMBER, BOARD OF OVERSEERS | THE RAND INSTITUTE FOR CIVIL JUSTICE |
| 3. MEMBER, BOARD OF TRUSTEES | RICE UNIVERSITY |
| 4. VICE CHAIR, BOARD OF TRUSTEES | CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 5. MEMBER, ADVISORY BOARD | INSTITUTE FOR THE ADVANCEMENT OF THE AMERICAN LEGAL SYSTEM |
| 6. MEMBER, BOARD OF VISITORS | DUKE UNIVERSITY SCHOOL OF LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | National Board of Bar Examiners | $5,000.00 |
| 2. 2012 | University of Houston | $2,200.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | OIL STATES INTERNATIONAL, INC.: DIRECTOR'S FEES |
| 2. 2012 | THE STERLING GROUP LP AND RELATED ENTITIES: PARTNER DISTRIBUTION |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | JANUARY 25-27, 2012 | PHILADELPHIA, PA | ATTEND COUNCIL MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 2. | DUKE LAW SCHOOL | JANUARY 29-30, 2012 | DURHAM, NC | JUDGE MOOT COURT COMPETITION | LODGING, TRANSPORTATION, AIRFARE |
| 3. | AMERICAN BAR ASSOCIATION | FEBRUARY 3, 2012 | NEW ORLEANS, LA | SPEAKER ABA TORT TRIAL & INSURANCE PRACTICE MEETING | TRANSPORTATION, AIRFARE |
| 4. | LEWIS & CLARK COLLEGE OF LAW | FEBRUARY 24-26, 2012 | LOS ANGELES, CA | JUDGE MOOT COURT COMPETITION | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 5. | UNIVERSITY OF TEXAS LAW SCHOOL | MARCH 6, 2012 | AUSTIN, TX | SPEAKER BRADFORD SOCIETY MEETING | TRANSPORTATION, AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/12/2013 |

| | | | | |
|---|---|---|---|---|
| 6. GEORGETOWN LAW SCHOOL | APRIL 8-10, 2012 | WASHINGTON, DC | PANELIST NEW CRIMINAL ESI PROTOCOL SEMINAR | TRANSPORTATION |
| 7. AMERICAN BAR ASSOCIATION | APRIL 12-13, 2012 | LOS ANGELES, CA | ATTEND ABA SPRING MEETING | LODGING, TRANSPORTATION, AIRFARE |
| 8. AMERICAN BAR ASSOCIATION | APRIL 18-19, 2012 | WASHINGTON, DC | SPEAKER RULE 502 PROGRAM (ABA LITIGATION SECTION) | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 9. DUKE LAW SCHOOL | APRIL 19-21, 2012 | DURHAM, NC | ATTEND DUKE LAW SCHOOL BOARD OF VISITORS MEETING | LODGING, TRANSPORTATION, AIRFARE |
| 10. NEW YORK SCHOOL OF LAW | APRIL 22-24, 2012 | NEW YORK, NY | SPEAKER NY LAW SCHOOL EMPLOYMENT LAW SYMPOSIUM | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 11. NATIONAL CONFERENCE OF BAR EXAMINERS | APRIL 26-28, 2012 | SAN ANTONIO, TX | ATTEND BAR EXAM COMMISSION MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 12. SEDONA CONFERENCE | MAY 2-4, 2012 | DEL MAR, CA | ATTEND SEDONA COMPLEX LITIGATION CONFERENCE | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 13. DUKE LAW SCHOOL | MAY 24-25, 2012 | DURHAM, NC | FACULTY AT DUKE LAW JUDICIAL STUDIES PROGRAM | LODGING, TRANSPORTATION, AIRFARE |
| 14. DUKE LAW SCHOOL | MAY 31-JUNE 1, 2012 | DURHAM, NC | FACULTY AT DUKE LAW JUDICIAL STUDIES PROGRAM | LODGING, TRANSPORTATION, AIRFARE |
| 15. DUKE LAW SCHOOL | JUNE 7-8, 2012 | DURHAM, NC | FACULTY AT DUKE LAW JUDICIAL STUDIES PROGRAM | LODGING, TRANSPORTATION, AIRFARE |
| 16. AMERICAN LAW INSTITUTE | JUNE 11-12, 2012 | WASHINGTON, DC | PANELIST ALI FOREIGN RELATIONS LAW MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 17. DUKE LAW SCHOOL | JUNE 14-15, 2012 | DURHAM, NC | FACULTY AT DUKE LAW JUDICIAL STUDIES PROGRAM | LODGING, TRANSPORTATION, AIRFARE |
| 18. NATIONAL CONFERENCE OF BAR EXAMINERS | SEPTEMBER 13-15, 2012 | PHILADELPHIA, PA | ATTEND BAR EXAM COMMISSION MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 19. INSTITUTE FOR THE ADVANCEMENT OF THE AMERICAN LAW SYSTEM | SEPTEMBER 20-21, 2012 | DENVER, CO | PANELIST CIVIL JUSTICS REFORM SUMMIT | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 20. AMERICAN LAW INSTITUTE | SEPTEMBER 27-28, 2012 | SAN FRANCISCO, CA | PANELIST ALI INFORMATION PRIVACY LAW MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 21. AMERICAN LAW INSTITUTE | OCTOBER 18-19, 2012 | NEW YORK, NY | ATTEND ALI COUNCIL MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 22. AMERICAN INNS OF COURT | OCTOBER 19-21, 2012 | WASHINGTON, DC | POWELL AWARD RECIPIENT | LODGING, TRANSPORTATION, AIRFARE |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSENTHAL, LEE H. | 08/12/2013 |

| | | | | |
| --- | --- | --- | --- | --- |
| 23. AMERICAN BAR ASSOCIATION | OCTOBER 24-25, 2012 | CHICAGO, IL | PANELIST ABA NATIONAL INSTITUTE ON CLASS ACTIONS | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 24. UNIVERSITY OF TAX SCHOOL OF LAW | NOVEMBER 7, 2012 | AUSTIN, TX | SPEAKER BRADFORD SOCIETY MEETING | TRANSPORTATION, AIRFARE |
| 25. UNIVERSITY OF KANSAS SCHOOL OF LAW | NOVEMBER 8-9, 2012 | LAWRENCE, KS | SPEAKER UNIVERSITY OF KANSAS LAW REVIEW SYMPOSIUM | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 26. COLUMBIA UNIVERSITY LAW SCHOOL | NOVEMBER 11-12, 2012 | NEW YORK, NY | SPEAKER COLUMBIA UNIVERSITY OF LAW SCHOOL FEDERALIST SOCIETY MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 27. AMERICAN BAR ASSOCIATION | NOVEMBER 15, 2012 | NEW ORLEANS, LA | PANELIST ABA E-DISCOVERY MEETING | TRANSPORTATION, AIRFARE |
| 28. THE HAGUE INSTITUTE FOR GLOBAL JUSTICE | NOVEMBER 27-DECEMBER 1, 2012 | THE HAGUE, THE NETHERLANDS | PANELIST CONFERENCE ON GLOBALIZATION OF CLASS ACTIONS | LODGING (MEALS INCLUDED), TRANSPORTATION, AIRFARE |

29.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Amegy Bank Account | A | int | J | T | | | | | |
| Arkansas St College 0.00% due 6/1/15 | | None | N | T | | | | | |
| Austin TX Wtr 5.00% due 5/15/35 | D | int | N | T | | | | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | N | T | | | | | |
| Bexar Cty, TX GO 5.25% due 6/15/23 | E | int | N | T | | | | | |
| Brazos Cty, TX 5.00% due 9/1/25 | D | int | N | T | | | | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| College Station ISD 4.6250% due 9/15/20 | D | int | N | T | | | | | |
| Dallas, TX 5.00% due 2/15/24 | D | int | N | T | | | | | |
| Denton, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| District Columbia 5.00% due 6/1/17 | E | int | N | T | | | | | |
| Ft. Bend TX ISD 0.00% due 8/15/15 | | None | M | T | | | | | |
| Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | N | T | | | | | |
| Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| Harris Cty, TX, 3.25% due 10/1/12 | D | int | | | redemption | 10/1 | M | C | |
| Harris Cty, TX, 5.75% due 10/1/14 | E | int | N | T | | | | | |
| Harris Cty, TX, 5.00% due 10/1/19 | D | int | N | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/20 | D | int | N | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Houston, TX ISD 5.00% due 2/15/22 | D | int | M | T | | | | | |
| Houston, TX Wtr-Swr 5.00% due 12/1/30 | E | int | | | redemption | 12/3 | O | E | |
| Houston, TX Pub Impt 5.375% due 3/1/15 | D | int | M | T | | | | | |
| Houston, TX Pub Impt 5.00% due 3/1/20 | E | int | O | T | | | | | |
| Laredo TX ISD 0.00% due 08/01/23 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/20 | | None | N | T | | | | | |
| Leander TX ISD 0.00% due 8/15/21 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/22 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| Leander TX ISD 0.00% due 8/15/25 | | None | | | redemption | 8/15 | N | F | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| Massachusetts St. Ons 5.25% due 11/1/30 | E | int | | | redemption | 11/1 | N | E | |
| Massachusetts St Spl Obg 5.00% due 6/1/21 | D | int | | | redemption | 6/1 | N | D | |
| Mesquite TX ISD 0.00% due 8/15/32 | | None | N | T | | | | | |
| Midlothian TX ISD 0.00% due 2/15/22 | | None | N | T | | | | | |
| New Haven, MI Schs 5.25% due 5/1/22 | E | int | | | redemption | 7/2 | N | E | |
| Northwest, TX ISD 5.00% due 2/15/16 | D | int | M | T | | | | | |
| Royse City, TX ISD 0.00% due 8/15/25 | | None | N | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
 P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/24 | | None | N | T | | | | | |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/25 | | None | N | T | | | | | |
| Snohomish Cty WA ISD 5.25% due 12/1/24 | D | int | N | T | | | | | |
| St of Florida 6.375% due 7/1/12 | E | int | | | redemption | 7/2 | N | F | |
| St of Illinois 5.00% due 6/1/22 | D | int | M | T | | | | | |
| St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| Texarkana, TX ISD 0.00% due 2/15/26 | | None | M | T | | | | | |
| TX Water Dev 5.00% due 10/1/23 | D | int | M | T | | | | | |
| University TX Univ 5.25% due 7/1/21 | E | int | O | T | | | | | |
| University TX Univ 4.50% due 7/1/33 | | None | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/17 | | None | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/19 | | None | N | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| JPM Chase-Checking | | None | J | T | | | | | |
| HSA Bank | A | int | K | T | | | | | |
| ML (SP) | A | int | K | T | | | | | |
| American Express Bank, FSB | C | int | P1 | T | | | | | |
| AIF V Private Investors LLC | | (1) | L | U(1) | sell | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| AIF VI Private Investors LLC | | (1) | O | U(1) | sell | (1) | M | | |
| AIF VII Private Investors LLC | | (1) | N | U(1) | sell | (1) | M | | |
| APAX Europe VII Private Investors, LLC | | (1)(a) | (1)(a) | (1)(a) | | | | | |
| Atlantic Trust Company, N.A. | A | div | K | T | | | | | |
| BRKB-Common | | None | M | T | buy | 12/17 | M | | |
| Blackstone Natural Resources I, LP | | (1) | | | final exchange | 12/31 | P1 | | exchanged to units of Black Stone Minerals Company, L.P. |
| Blackstone Natural Resources II,LP | | (1) | | | final exchange | 12/31 | M | | exchanged to units of Black Stone Minerals Company, L.P. |
| Blackstone Natural Resources III,LP | | (1) | | | final exchange | 12/31 | N | | exchanged to units of Black Stone Minerals Company, L.P. |
| Blackstone Hatfield Royalty, L.P. | | (1) | | | final exchange | 12/31 | K | | exchanged to units of Black Stone Minerals Company, L.P. |
| Blackstone Ivory Working Interests, LP | | (1) | | | final exchange | 12/31 | (1) (b) | | exchanged to units of Black Stone Minerals Company, L.P. |
| Blackstone Overline Acquistion, L.P. | | (1) | | | final exchange | 12/31 | O | | exchanged to units of Black Stone Minerals Company, L.P. |
| Blackstone Ivory Acquisition Partners, L.P. (direct) | | (1) (b) | | | final exchange | 12/31 | P1 | | exchanged to units of Black Stone Minerals Company, L.P. |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

9

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Blackstone O'Connell Partners, LP | | | (1) | | | final exchange | 12/31 | M | | exchanged to units of Black Stone Minerals Company, L.P. |
| Blackstone Raptor, L.P. | | | (1) | | | final exchange | 12/31 | O | | exchanged to units of Black Stone Minerals Company, L.P. |
| Black Stone Minerals Company, LP | | | (1) | P1 | U(1) | initial exhange | 12/31 | P1 | | exchanged from Blackstone Interests listed above |
| Arrowhead Research Corp | | | None | (11) | (11) | | | | | |
| Brand Group Holdings, Inc. (formerly Brand Energy)-Common | | | None | (11) | (11) | exchange | 12/10 | M | | LP interest exchanged for common stock |
| | | | | | | buy (add'l) | 12/10 | K | | |
| Carlyle Asia Partners II | | | (1) | N | U(1) | sell | (1) | M | | |
| Carlyle Japan International Partners II, L.P. | | | (1) | M | U(1) | sell | (1) | J | | |
| CIE-Common | | | None | M | T | gift | 12/20 | M | | Charitable Gift Fund |
| | | | | | | buy | 12/20 | M | | |
| CJIP II Limited, L.P. | | | (1) | K | U(1) | | | | | |
| CD&R Fund VII Private Investors, LLC | | | (1) | O | U(1) | sell | (1) | N | | |
| DGAGX-Mutual Fund | A | div/int | M | T | buy | 12/17 | M | | |
| Emerald Marina Bay | | | (1) | M | U(1) | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Emerald Cambridge | | (1) | J | U(1) | | | | | |
| Emerald Marina Cove | | (1) | J | U(1) | | | | | |
| Emerald Marina Shores | | (1) | J | U(1) | | | | | |
| Encino Energy, LLC | | (1) | L | U(1) | buy | (1) | L | | |
| Energy Capital Investors Fund, LLC | | (1) | M | U(1) | buy | (1) | K | | |
| FDC Group McKinney, Ltd | | (1) | M | U(1) | sell | (1) | K | | |
| FPACX-Mutual Fund | E | div/int | N | T | buy | 5/15 | K | | |
| | | | | | buy (add'l) | 5/17 | K | | |
| | | | | | buy (add'l) | 5/17 | L | | |
| | | | | | buy (add'l) | 6/19 | M | | |
| | | | | | buy (add'l) | 7/27 | L | | |
| GLD-Mutual Fund | | None | M | T | buy | 12/17 | M | | |
| GS Bank | A | int/div | N | T | | | | | |
| GS Mt. Kellett | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| GS Mt. Kellett II | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Great Northern Midstream, LLC | | (1) | N | U(1) | buy | 12/17 | N | | |
| Hawkins Investment Partnership | | (1) | P2 | U(1) | | | | | |
| HCI Investment LLC | | (1) | | | final sell | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HDV-Mutual Fund | | D | int/div | N | T | | | | | |
| Heaney Rosenthal Inc. | | | (1) | J | U(1) | buy (add'l) | 6/26 | K | | |
| | | | | | | buy (add'l) | 12/19 | K | | |
| HMTF Europe Private Fund | | | (1) | J | U(1) | sell | (1) | J | | |
| HMTF Fund IV | | | (1) | K | U(1) | | | | | |
| HydroEx Acquisition, LLC | | | (1) | M | U(1) | buy | (1) | M | | |
| IXC-Common | | E | div | O | T | | | | | |
| IYK-Common | | E | div | P1 | T | | | | | |
| JPMorgan Chase Investment Account | | A | int | N | T | | | | | |
| KKR 2006 Private Investors, LLC | | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| KMI-Common | | E | div | O | T | buy (add'l) | 2/1 | L | | |
| | | | | | | buy (add'l) | 5/21 | L | | |
| | | | | | | buy (add'l) | 6/7 | M | | |
| | | | | | | buy (add'l) | 6/19 | L | | |
| | | | | | | buy (add'l) | 12/13 | M | | |
| | | | | | | buy (add'l) | 12/17 | M | | |
| ML (CMA) | | C | int/div | P1 | T | | | | | |
| NOA-Common | | | None | M | T | distribution | 12/18 | M | | distribution from Sterling Grp Ptnrs I |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
 P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

FINANCIAL DISCLOSURE REPORT (cont'd)

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8.12.2013 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Oaktree Capital Group LLC | | E | div | O | T | buy | 4/13 | M | | |
| | | | | | | buy (add'l) | 6/12 | M | | |
| | | | | | | buy (add'l) | 7/16 | M | | |
| | | | | | | buy (add'l) | 7/27 | M | | |
| OIS-Restricted Stock | | | None | (9) | (9) | | | | | |
| OIS-Common | | | None | P1 | T | partial gift | 12/20 | O | | |
| | | | | | | buy (add'l) | 12/20 | O | | |
| Pearl Midtown, LLC | | | (1) | M | U(1) | buy | (1) | M | | |
| Platform Partners, LLC | | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| SCF-V, L.P. | | | (1) | L | U(1) | sell | (1) | L | | |
| SCF-VI, L.P. | | | (1) | M | U(1) | sell | (1) | K | | |
| SCF-VI Offshore, L.P. | | | (1) | | | final sell | (1) | J | | |
| SCF-VII, L.P. | | | (1) | N | U(1) | buy | (1) | L | | |
| Seminole | | | (1) | M | U(1) | buy | (1) | L | | |
| SJKI-Common | | | None | O | T | | | | | |
| SRE Properties, LP | | | (1) | J | (1) | sell | (1) | J | | |
| Sterling Group Partners I, LP #1 | | | (1) | | | final sell | (1) | M | | distribution of NOA |
| Sterling Group, LP | | | (1) | L | U(1) | sell | (1) | K | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8.12.2013 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Sterling Group Investments, LLC | | | (1) | K | U(1) | sell | (1) | K | | |
| Sterling Group GP LLC | | | (1) | J | U(1) | | | | | |
| Sterling Group Management, LP | | | (1) | O | U(1) | sell | (1) | P1 | | |
| Sterling Group Investor Partners II, LP (13) | | | (1) | M | U(1) | | | | | |
| Sterling Group Partners II GP, LP (13) | | | (1) | N | U(1) | | | | | |
| Sterling Group Management III, LP | | | (1) | N | U(1) | sell | (1) | P1 | | |
| Sterling Group Investor Partners III, LP (13) | | | (1) | N | U(1) | | | | | |
| Sterling Group Partners III GP, LP (13) | | | (1) | O | U(1) | | | | | |
| Sterling Group Investor Partners III(AIV), L.P. | Y | | | | | | | | | |
| Sterling Group Partners III (AIV GP), L.P. | Y | | | | | | | | | |
| Sterling Group Partners (AIV GP), Ltd. | Y | | | | | | | | | |
| The Sterling Group Portfolio Companies (13) | | | | | | | | | | |
| Panolam | | | (1) | J | U(1) | | | | | |
| CST Industries | | | (1) | M | U(1) | buy (add'l) | 5/16 | L | | |
| RSG | | | | | | final sell | 5/31 | P1 | | |
| Universal Fibers | | | (1) | N | U(1) | buy (add'l) | 8/1 | J | | |
| BTEC | | | (1) | J | U(1) | sell (part) | 9/5 | M | | |
| Velcon | | | (1) | K | U(1) | sell (part) | 11/1 | P1 | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| B&G | | (1) | M | U(1) | | | | | |
| Express | | (1) | M | U(1) | | | | | |
| Saxco | | (1) | M | U(1) | | | | | |
| Stackpole | | (1) | O | U(1) | | | | | |
| Liqui-Box | | (1) | M | U(1) | | | | | |
| Dexter | | (1) | M | U(1) | buy | 10/29 | N | | |
| The Sterling Group, L.P. 401(k):FA Stable Value | A | div/int | M | T | | | | | |
| Sternhill Affiliates I, LP | | (1) | | | final sell | (1) | J | | |
| Sternhill Partners I, LP | | (1) | | | final sell | (1) | J | | |
| CapStreet II, LP | | (1) | J | U(1) | sell | (1) | J | | |
| CapStreet Parallel II, LP | | (1) | J | U(1) | sell | (1) | J | | |
| JP Morgan Chase-Checking | | None | J | T | | | | | |
| JP Morgan Chase-Checking-S | | None | J | T | | | | | |
| TROW-Common | D | div | N | T | gift | 12/20 | N | | |
| | | | | | buy | 12/20 | N | | |
| VMSXX-Mutual Fund | A | div/int | M | T | | | | | |
| VUSXX-Mutual Fund | A | div/int | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| WIFI-Common | | None | | | sell (part) | 2/6 | J | D | |
| | | | | | sell | 3/23 | K | E | |
| WLR Recovery IV Investors, LLC | | (1) | M | U(1) | sell | (1) | J | | |
| XLP-Mutual Fund | D | div | O | T | | | | | |
| Certain LLC 1/18 | | (1) | J | U(1) | sell | (1) | J | | |
| Certain Limited Partners 1/39 | | (1) | K | U(1) | sell | (1) | J | | |
| Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | (1) | P1 | U(1) | | | | | |
| - West Cam, L.P. | | (1) | J | U(1) | sell | (1) | M | | |
| - MP GEO, LLC | | (1) | J | U(1) | sell | (1) | K | | |
| - Midland Basin GEO, LLC | | (1) | K | U(1) | buy | (1) | K | | |
| Certain LLC 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | (1) | M | U(1) | | | | | |
| - West Cam, L.P. | | (1) | J | U(1) | sell | (1) | J | | |
| - MP GEO, LLC | | (1) | J | U(1) | sell | (1) | J | | |
| - Midland Basin GEO, LLC | | (1) | J | U(1) | buy | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day<br><br>(2) | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| IRA #1 (2) | A | div/int | P1 | T/U | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| ML Cash | | | | | | | | | |
| Amegy Bank Account | | | | | | | | | |
| VUSXX-Mutual Fund | | | | | | | | | |
| IRA #2 (2) | D | div/int | P2 | T/U | | | | | |
| ML Cash | | | | | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| US Treas 2.375% due 11/15/17 | | | | | | | | | |
| Amegy Bank Account | | | | | | | | | |
| DGAGX-Mutual Fund | | | | | buy | 12/17 | M | | |
| FAIRX-Mutual Fund | | | | | sell (part) | 12/27 | L | E | |
| | | | | | sell (part) | 12/31 | M | D | |
| FPACX-Mutual Fund | | | | | buy | 12/31 | M | | |
| GS Bank | X | | | | | | | | |
| GS Liberty Harbor | | | | | | | | | |
| Hawkins Investment Partnership, L.P. | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HDV-ETF | | | | | buy (add'l) | 12/17 | M | | |
| | | | | | buy (add'l) | 12/31 | M | | |
| SJKI-Common Stock | | | | | | | | | |
| VUSXX-Mutual Fund | | | | | | | | | |
| VMMXX-Mutual Fund | | | | | | | | | |
| VMSXX-Mutual Fund | | | | | | | | | |
| VIG-ETF | | | | | sell | 12/27 | N | | |
| *The F Trust (2)* | A | div | N | V | | | | | |
| - John Hancock Life Policy Equity Income | | | | | | | | | |
| - ING/Security Life Policy AIM VI Core Equity | | | | | | | | | |
| - Prudential Life Paid Up Policy | | | | | | | | | |
| *The XYZ Trust (2)* | E | div/int/royalt | P2 | T/U | | | | | |
| - AIF V Private Investors LLC | | | | | sell | (1) | J | | |
| - AIF VI Private Investors LLC | | | | | sell | (1) | M | | |
| - AIF VII Private Investors LLC | | | | | sell | (1) | L | | |
| - Atlantic Trust Company, N.A. | | | | | | | | | |
| - Arrowhead Research Corp (11) | | | | | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method. Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Black Stone Minerals Company, LP | X | | | | | conversion | 12/31 | P1 | | |
| - Brand Group Holdings, Inc. (formerly Brand Energy)-Common (11) | | | | | | exchange | 12/10 | L | | LP interest exchanged for common stock |
| | | | | | | buy (add'l) | 12/10 | K | | |
| - BRKB-Common | | | | | | buy | 3/13 | L | | |
| - Carlyle Asia Partners II | | | | | | sell | (1) | M | | |
| - CD&R Fund VII Private Investors, LLC | | | | | | sell | (1) | M | | |
| - CIE-Common | | | | | | | | | | |
| - Emerald Cambridge LLC | | | | | | | | | | |
| - Emerald Marina Cove LLC | | | | | | | | | | |
| - Emerald Marina Shores LLC | | | | | | | | | | |
| - Energy Capital Investors Fund, LLC | | | | | | sell | (1) | J | | |
| - FDC Group McKinney, Ltd. | | | | | | sell | (1) | J | | |
| - FPACX-Mutual Fund | | | | | | buy | 3/13 | M | | |
| | | | | | | buy (add'l) | 3/13 | L | | |
| | | | | | | buy (add'l) | 6/19 | M | | |
| - GS Bank | | | | | | | | | | |
| - GS KMI Investors, L.P. | | | | | | sell | (1) | O | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8.12.2013 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Goldman Mt. Kellett | | | | | (1)(a) | (1)(a) | (1)(a) | | |
| - Goldman Mt. Kellett II | | | | | (1)(a) | (1)(a) | (1)(a) | | |
| - Great Northern Midstream, LLC | | | | | buy | 12/17 | M | | |
| - Hawkins Investment Partnership, L.P. | | | | | | | | | |
| - HMTF Fund IV | | | | | | | | | |
| - HMTF Europe Private Fund | | | | | sell | (1) | J | | |
| - HydroEx Acquisition, LLC | | | | | buy | (1) | M | | |
| - IYK | | | | | | | | | |
| - JPMorgan Chase Investment Account | | | | | | | | | |
| - KKR 2006 Private Investors, LLC | | | | | (1)(a) | (1)(a) | (1)(a) | | |
| - KMI-Common | | | | | buy | 6/7 | M | | |
| | | | | | buy (add'l) | 6/19 | M | | |
| | | | | | buy (add'l) | 6/19 | M | | |
| | | | | | buy (add'l) | 10/12 | M | | |
| - ML Reserves | | | | | | | | | |
| - NOA-Common | | | | | distribution | 12/18 | L | | distribution from Sterling Grp Ptnrs I |
| - Pearl Midtown, LLC | | | | | buy | (1) | M | | |
| - Platform Partners LLC | | | | | (1)(a) | (1)(a) | (1)(a) | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - SCF V, L.P. | | | | | sell | (1) | K | | |
| - SCF VI, L.P. | | | | | sell | (1) | K | | |
| - SCF-VI Offshore | | | | | final sell | (1) | J | | |
| - SCF VII, L.P. | | | | | buy | (1) | L | | |
| - Seminole | | | | | buy | (1) | L | | |
| - Sterling Group Partners I, L.P. | | | | | final sell | (1) | L | | |
| - Sterling Group Partners III GP, LP | | | | | | | | | |
| - Sterling Group Investor Partners III LP | | | | | buy | (1) | M | | |
| - Sterling Group Investor Partners III (AIV), L.P. | Y | | | | | | | | |
| The Sterling Group Porfolio Companies (13) | | | | | | | | | |
| Dexter | | | | | buy | 10/29 | M | | |
| Liqui-Box | | | | | | | | | |
| Saxco | | | | | | | | | |
| Stackpole | | | | | | | | | |
| - Sternhill Partners I, LP | | | | | final sell | (1) | J | | |
| - Sternhill Affiliates I, LP | | | | | final sell | (1) | J | | |
| - SJKI-Common | | | | | | | | | |
| - SRE Properties, LP | | | | | sell | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

VII.  INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - CapStreet II, LP | | | | | sell | (1) | J | | |
| - CapStreet Parallel II, LP | | | | | sell | (1) | J | | |
| - Certain Limited Partners 1/39 | | | | | sell | (1) | J | | |
| - Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | | | | | | | | |
| - West Cam, L.P. | | | | | sell | (1) | M | | |
| - MP GEO, LLC | | | | | sell | (1) | K | | |
| - Midland Basin GEO, LLC | | | | | buy | (1) | K | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VMSXX-Mutual Fund | | | | | | | | | |
| - WIFI-Common | | | | | sell | 3/13 | K | D | |
| - WLR Recovery IV Investors, LLC | | | | | sell | (1) | J | | |
| *The Z Trust (2)* | D | div/int | P1 | T | | | | | |
| - ML Reserves | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - V Account | Y | | | | | | | | | |
| KMI-Common | | | | | | buy | 10/12 | M | | |
| | | | | | | buy (add'l) | 11/6 | M | | |
| VIG-Common | | | | | | (12) | | | | |
| VMSXX-Mutual Fund | | | | | | (12) | | | | |
| - Sterling Group Investor Partners II, L.P. | X | | | | | | | | | |
| - Sterling Group Management, L.P. | | | | | | buy | (1) | N | | |
| The Sterling Group Portfolio Companies (13) | | | | | | | | | | |
| CST Industries | | | | | | buy (add'l) | 11/6 | K | | |
| RSG | | | | | | final sell | 5/31 | N | | |
| Universal Fibers | | | | | | | | | | |
| Velcon | | | | | | sell (part) | 11/1 | O | | |
| B&G | | | | | | | | | | |
| Express | | | | | | | | | | |
| *#2 Trust (R8) (2)* | | E | div/int | P1 | T | | | | | |
| - ML Reserves | | | | | | | | | | |
| - Amegy Bank Account | | | | | | | | | | |
| - IYK | | | | | | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - VTCLX-Mutual Fund | | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | | |
| - VMSXX-Mutual Fund | | | | | | | | | | |
| #3 Trust (H8) (2) | | D | div/int | O | T | | | | | |
| - ML Reserves | | | | | | | | | | |
| - XLP-ETF | | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | | |
| - VMSXX-Mutual Fund | | | | | | | | | | |
| U.S. Savings Bonds (3) | | | None | M | T | | | | | |
| VUSXX-Mutual Fund #1 | | A | div/int | K | T | | | | | |
| VMSXX-Mutual Fund #1 | | A | div/int | N | T | | | | | |
| VUSXX-Mutual Fund #2 | Y | | | | | | | | | |
| VMSXX-Mutual Fund #2 | Y | | | | | | | | | |
| Amegy Bank Account #2 | Y | | | | | | | | | |
| VUSXX-Mutual Fund #3 | | A | div/int | J | T | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 26.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8.12.2013 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| VMSXX-Mutual Fund #3 | | A | div/int | O | T | | | | | |
| Amegy Bank Account #3 | | A | div/int | J | T | | | | | |
| VUSXX-Mutual Fund #4 | | A | div/int | J | T | | | | | |
| VMSXX-Mutual Fund #4 | | A | div/int | O | T | | | | | |
| Amegy Bank Account #4 | | A | div/int | J | T | | | | | |
| ML Reserves #1 | | A | div/int | J | T | | | | | |
| ML Reserves #2 | Y | | | | | | | | | |
| - VEU | Y | | | | | | | | | |
| - MGC | Y | | | | | | | | | |
| ML Reserves #3 | | A | div/int | J | T | | | | | |
| ML Reserves #4 | | A | div/int | J | T | | | | | |
| JPM Chase Checking #3 | | | None | J | T | | | | | |
| JPM Chase Checking #4 | | | None | J | T | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 26.

(1)     Private entities including private company investment partnerships. For private entities, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in net cash paid or received (as described below) under Column D(3) and not in Column B and/or Column D(4). Where filer is a passive owner with no control over investments or timing of calls or distributions, such cash distributions and calls are set forth in Column D(3) as a net aggregate amount for the reporting period. "Buy" indicates net cash paid into the entity and "sell" indicates net cash paid by entity to filer. Sale by filer of an interest in any such entity is treated as part of the net cash transferred per the immediately preceding sentence with any proceeds from such sale being added to such net cash amount (as opposed to any D(4) calculation).

     (1) (a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to income, gross value or transaction values.

     (1) (b) Ivory Acquisitions Partners, L.P. (direct) distributions are included under Column D(3) for Ivory Working Interests, L.P. above. Filer has not received separate valuation information for Blackstone Ivory Acquisition Partners, L.P. (direct).

(2)     Amounts indicated are aggregate net amounts for entire beneficial interest of trust or IRA.

(3)     U.S. Savings Bonds are valued at stated face value of bonds.

(4)     Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(5)     No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(6)     All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and

capital gains) are included in Column B(1).  Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(7)    Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(8)    No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends.  If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value.   In instances noted in first sentence, any gain is reported only when the new security is sold.

(9)    Restricted stock is not valued during restriction period.  After restrictions lapse, restricted stock is reflected as owned shares.

(10)    Oil and Gas interests – value not known to filer.

(11)    Private company – value not known to filer.

(12)    Inadvertently omitted in prior year report.

(13)    Amounts for each company aggregate values for the direct ownership of each entity as well as indirectly through other Sterling group entities.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LEE H. ROSENTHAL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544